# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TINSLEY, DWANE L. | SOUTHERN DISTRICT, WEST VIRGINIA | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE (FULL-TIME) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 1/1/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

5408 ROBERT C. BYRD UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WV 25301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SHAREHOLDER | FORENSIC INSTITUTE, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | NATIONWIDE RETIREMENT PLAN - DEFINED BENEFIT PENSION PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TINSLEY, DWANE L.** | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | NATIONWIDE RETIREMENT PLAN (DEFINED BENEFIT PENSION) | $12,305.92 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | PROGRESSIVE CASUALTY INSURANCE COMPANY (WAGES) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HUNTINGTON BANK | PERSONAL LINE OF CREDIT | M |
| 2. PROGRESIVE 401K LOAN | LOAN FROM 401K ACCOUNT | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #2, FAYETTEVILLE, WV | A | Rent | J | W | | | | | |
| 2. FORENSIC INSTITUTE, LLC (S-CORPORATION) | E | Distribution | | | Closed | 12/31/19 | J | | |
| 3. TRUIST BANK (BB&T) CHECKING ACCOUNT #1 | A | Interest | M | T | | | | | |
| 4. HUNTINGTON BANK CHECKING ACCOUNT #1 | A | Interest | N | T | | | | | |
| 5. HUNTINGTON BANK CHECKING ACCOUNT #3 | A | Interest | M | T | | | | | |
| 6. HUNTINGTON BANK CHECKING ACCOUNT #4 | | None | J | T | | | | | |
| 7. HUNTINGTON BANK SAVINGS ACCOUNT | | None | J | T | | | | | |
| 8. HUNTINGTON BANK CHECKING ACCOUNT #5 | | None | J | T | | | | | |
| 9. PIONEER FEDERAL CREDIT UNION ACCOUNT #1 (X) | A | Dividend | J | T | | | | | |
| 10. COMPUTERSHARE - METLIFE POLICYHOLDERS TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. (H) NATIONAL FINANCIAL SERVICES BROKERAGE ACCOUNT | | | | | | | | | |
| 12. - ISHARES MSCI EAFE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. - ISHARES RUSSELL MIDCAP GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. - ISHARES RUSSELL MIDCAP VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 15. - ISHARES RUSSELL 1000 GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. - ISHARES RUSSELL 1000 VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - ISHARES RUSSELL 2000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 18. - ISHARES RUSSELL 2000 VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. - NFS SWEEP MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 20. (H) LINCOLN NATIONAL LIFE INS CO LINCOLN COVERED CHOICE ANNUITY | | | | | | | | | |
| 21. - FIXED ACCOUNT | B | Interest | L | T | | | | | |
| 22. - PERFORM TRIGGR | B | Interest | L | T | | | | | |
| 23. - 1 YR PTP W CAP | B | Interest | K | T | | | | | |
| 24. (H) AMERICAN STOCK TRANSFER & TRUST COMPANY | | | | | | | | | |
| 25. - COLUMBIA PROPERTY TRUST INC. REIT | A | Dividend | K | T | | | | | |
| 26. (H) IRA #1 - NATIONWIDE DESTINATION B VARIABLE ANNUITY | | | | | | | | | |
| 27. - NW NVIT INV DEST CAPAPP II | | None | L | T | | | | | |
| 28. (H) IRA #2 - JANNEY MONTGOMERY SCOTT | | | | | | | | | |
| 29. - ISHARES INC CURRENCY HEDGED MSCI EMERGING NKTS ETF | | None | | | Sold | 01/30/19 | J | | |
| 30. - ISHARES RUSSELL 2000 INDEX ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. - SPDR S&P 500 ETF COMMON STOCK | | None | J | T | | | | | |
| 32. - SPDR S&P BANK ETF | A | Dividend | J | T | Buy | 10/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 34. | | | | | Sold (part) | 08/07/19 | J | | |
| 35. | | | | | Sold (part) | 08/28/19 | J | | |
| 36.  - SPDR SERIES TRUST S&P RETAIL ETF | A | Dividend | J | T | Buy | 10/21/19 | J | | |
| 37. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 38.  - VANGUARD REIT INDEX ETF | A | Dividend | J | T | Buy (add'l) | 08/07/19 | J | | |
| 39. | | | | | Sold (part) | 02/26/19 | J | A | |
| 40. | | | | | Sold (part) | 11/12/19 | J | A | |
| 41.  - VANGUARD FTSE EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 01/30/19 | J | | |
| 42. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 43. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 44. | | | | | Sold (part) | 07/08/19 | J | A | |
| 45.  - WISDOMTREE JAPAN SMALL CAP DIVIDEND ETF | | None | | | Sold (part) | 02/26/19 | J | | |
| 46. | | | | | Sold | 07/08/19 | J | | |
| 47.  - PIMCO TOTAL RETURN ETF COMMON STOCK N/K/A PIMCO ACTIVE BOND ETF | | None | | | Sold | 01/30/19 | J | | |
| 48.  - WISDOMTREE TRUST EUROPE HEDGED EQUITY FUND ETF | | None | | | Sold | 07/08/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. - FIRST TRUST IV TACTICAL HIGH YIELD ETF | A | Dividend | J | T | | | | | |
| 50. - ISHARES MBS ETF | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 51. - ISHARES INTERMEDIATE TERM CORP BOND ETF | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 52. - ISHARES MSCI SWEDEN ETF | | None | | | Buy | 07/08/19 | J | | |
| 53. | | | | | Sold | 08/07/19 | J | | |
| 54. - SPDR S&P BIOTECH ETF | | None | | | Buy | 03/19/19 | J | | |
| 55. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 56. | | | | | Sold (part) | 08/07/19 | J | | |
| 57. | | | | | Sold | 08/28/19 | J | | |
| 58. - VANGUARD TOTAL BOND MARKET ETF | | None | | | Buy | 08/28/19 | J | | |
| 59. | | | | | Sold | 11/19/19 | J | | |
| 60. - ISHARES NORTH AMERICAN TECH SOFTWARE ETF | | None | | | Sold (part) | 10/21/19 | J | A | |
| 61. | | | | | Sold | 11/12/19 | J | A | |
| 62. - ISHARES MSCI SWITZERLAND ETF | | None | | | Buy | 08/07/19 | J | | |
| 63. | | | | | Sold | 10/21/19 | J | A | |
| 64. - ISHARES US HOME CONSTRUCTION ETF | | None | | | Buy | 02/26/19 | J | | |
| 65. | | | | | Sold (part) | 10/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Sold | 10/30/19 | J | A | |
| 67. - ISHARES SILVER TRUST | | None | | | Buy | 08/28/19 | J | | |
| 68. | | | | | Sold | 11/12/19 | J | | |
| 69. - ISHARES MSCI PACIFIC EX JAPAN ETF | | None | | | Buy | 07/08/19 | J | | |
| 70. | | | | | Sold | 11/12/19 | J | | |
| 71. - ISHARES MSCI EUROPE FINANCIALS ETF | | None | | | Buy | 10/21/19 | J | | |
| 72. | | | | | Sold | 11/12/19 | J | A | |
| 73. - BARCLAYS BANK PLC IPATH BLOOMBERG COMMODITY INDEX TOTAL RETURN ETN | | None | J | T | Buy (add'l) | 07/08/19 | J | | |
| 74. - PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | A | Dividend | J | T | Sold (part) | 01/30/19 | J | | |
| 75. | | | | | Sold (part) | 02/26/19 | J | | |
| 76. | | | | | Sold (part) | 11/12/19 | J | A | |
| 77. - VANGUARD FTSE EUROPE ETF | | None | | | Buy | 07/08/19 | J | | |
| 78. | | | | | Sold | 11/12/19 | J | A | |
| 79. - SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | A | Dividend | J | T | Buy | 01/30/19 | J | | |
| 80. | | | | | Sold (part) | 11/19/19 | J | A | |
| 81. - AMERICAN EXPRESS CENTURION | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 82.  - WISDOMTREE EUROPE HEDGED SMALLCAP EQUITY FUND | | None | | | Sold | 07/08/19 | J | | |
| 83.  - INVESCO EXCHANGE S&P 500 QUALITY ETF | A | Dividend | J | T | Buy (add'l) | 08/28/19 | J | | |
| 84. | | | | | Sold (part) | 10/15/19 | J | A | |
| 85.  - INVESCO DYNAMIC LEISURE & ENTERTAINMENT ETF | | None | | | Sold | 03/06/19 | J | | |
| 86.  - ISHARES US HEALTH CARE PROVIDERS ETF | | None | | | Sold | 03/06/19 | J | | |
| 87.  - PROSHARES K-1 FREE CRUDE OIL STRATEGY ETF | | None | | | Sold | 05/31/19 | J | | |
| 88.  - VANECK VECTORS GOLD MINERS ETF | | None | | | Sold (part) | 05/13/19 | J | | |
| 89. | | | | | Sold (part) | 10/15/19 | J | A | |
| 90. | | | | | Sold | 11/12/19 | J | A | |
| 91.  - WISDOMTREE TRUST BLOOMBERG US DOLLAR BULLISH FUND | | None | | | Sold | 01/30/19 | J | A | |
| 92.  - VANGUARD SHORT TERM INFLATION PROTECTED SECURITIES ETF | A | Dividend | J | T | Buy (add'l) | 08/28/19 | J | | |
| 93.  - WISDOMTREE FLOATING RATE TREASURY BOND | A | Dividend | J | T | Buy (add'l) | 11/19/19 | J | | |
| 94. | | | | | Sold (part) | 08/28/19 | J | | |
| 95.  - ISHARES CORE MSCI EAFE ETF | A | Dividend | K | T | Buy | 07/08/19 | J | | |
| 96. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 97. | | | | | Buy (add'l) | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 98.  - ISHARES NASDAQ BIOTECHNOLOGY ETF | A | Dividend | J | | Buy | 11/12/19 | J | | |
| 99.  (H) IRA #3 - LPL FINANCIAL | | | | | | | | | |
| 100.  - NAVIOS MARITIME HLDGS COMMON STOCK | | None | | | Sold (part) | 01/03/19 | J | | |
| 101. | | | | | Sold | 07/08/19 | J | | |
| 102.  - CELGENE CORP | | None | | | Sold | 07/08/19 | J | | |
| 103.  - ENCANA CORP | | None | | | Sold | 07/08/19 | J | | |
| 104.  - WEATHERFORD INTL PLC | | None | | | Sold | 07/08/19 | J | | |
| 105.  - AMAZON.COM INC | | None | J | T | Buy (add'l) | 07/08/19 | J | | |
| 106.  - APPLE INC | | None | J | T | | | | | |
| 107.  - NETFLIX INC | | None | J | T | Sold (part) | 08/30/19 | J | A | |
| 108. | | | | | Sold (part) | 08/30/19 | J | A | |
| 109.  - NVIDIA CORP | A | Dividend | J | T | | | | | |
| 110.  - DISCOVER BANK | A | Interest | J | T | | | | | |
| 111.  - IQIYI INC | | None | J | T | | | | | |
| 112.  - FACEBOOK INC CL A | | None | J | T | | | | | |
| 113.  - WALT DISNEY CO | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 114.  - GOLDMAN SACHS BANK USA | A | Interest | J | T | Open | 12/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115.  - US BANK NATIONAL ASSOCIATION | A | Interest | J | T | Open | 12/01/19 | J | | |
| 116.  - FIRST TRUST CLOUD COMPUTING INDEX ETF | A | Dividend | J | T | Buy | 07/08/19 | J | | |
| 117.  (H) IRA #4 - HUNTINGTON PREMIERE SELECT IRA | | | | | | | | | |
| 118.  - FIDELITY TREASURY MMKT FD DAILY MONEY | A | Dividend | J | T | | | | | |
| 119.  - VANGUARD FTSE DEVELOPED MARKET ETF | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 120.  - VANGUARD INDEX FDS VANGUARD GROWTH ETF | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 121.  - VANGUARD INDEX FDS VANGUARD SMALL CAP VIPERS FORMERLY VANGUARD INDE | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 122.  - VANGUARD INDEX FDS VANGUARD VALUE ETF | A | Dividend | K | T | Sold (part) | 01/10/19 | J | | |
| 123.  - VANGUARD INTL EQUITY INDEX FUND INC FTSE EMERGING MARKETS ETF | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 124.  - VANGUARD BD INDEX FD INC INTERMEDIATE TERM BD ETF | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 125.  - VANGUARD BD INDEX FD INC LONG TERM BD ETF | A | Dividend | J | T | | | | | |
| 126.  - VANGUARD BD INDEX FD INC SHORT TERM BD ETF | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 127.  - VANGUARD CHARLOTTE TOTAL INTL BD INDEX FD ETF | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 128.  - VANGUARD SCOTTSDALE FDS VANGUARD MTG-BACKED SECS IDX FD ETF | A | Dividend | J | T | | | | | |
| 129.  (H) 401K - PROGRESSIVE 401K PLAN | | | | | | | | | |
| 130.  - VANGUARD INSTITUTIONAL TARGET RETIREMENT 2030 | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TINSLEY, DWANE L.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line #9 - Reporting individual's spouse holds an account at Pioneer Federal Credit Union that went above reporting threshhold in current year.

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DWANE L. TINSLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544